**\*\* E-filed March 1, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ANGEL MORALES DONJUAN,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SOFIE, CORP. dba CRAZY BUFFET, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C09-03205 HRL<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Re: Docket No. 23] |

　　Upon filing, this action was scheduled for an initial case management conference on November 10, 2009 that has been continued twice at plaintiff's request. Plaintiff now requests a two-month continuance of the case management conference because the clerk of the court entered default against one defendant, plaintiff has requested entry of default against two other defendants, and plaintiff anticipates seeking an entry of default or dismissing the final defendant.

　　Good cause appearing, the initial case management conference is hereby CONTINUED to **May 4, 2010 at 1:30 pm** in Courtroom 2, 5th floor of the United States District Court, San Jose. The parties shall submit an initial joint case management statement no later than **April 27, 2010**.

　　**IT IS SO ORDERED.**

Dated: March 1, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-03205 HRL Notice will be electronically mailed to:**

James Dal Bon             jdblaw@earthlink.net
Tomas Eduardo Margain     margainlaw@hotmail.com, ac.jdblaw@earthlink.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**