**United States District Court**
For the Northern District of California

1   ** E-filed May 3, 2010 **

2

3

4

5

6

7                      NOT FOR CITATION

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  ERIC ANGEL MORALES DONJUAN,           No. C09-03205 HRL

12              Plaintiff,              **ORDER VACATING INITIAL CASE
                                        MANAGEMENT CONFERENCE**
13        v.

14  SOFIE, CORP. dba CRAZY BUFFET, et al.,

15              Defendants.
    _____/

16          Upon filing, this action was scheduled for an initial case management conference on

17  November 10, 2009 that this court continued three times at plaintiff's request.  As of May 3, 2010,

18  the Clerk of the Court has entered default against all four defendants in this case.

19          Good cause appearing, the initial case management conference set for May 4, 2010 is

20  vacated.  If plaintiff desires entry of default judgment, he shall timely file an appropriate motion.

21      **IT IS SO ORDERED.**

22  Dated: May 3, 2010

23                              _____
                                HOWARD R. LLOYD
24                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**C 09-03205 HRL N**otice will be electronically mailed to:

James Dal Bon              jdblaw@earthlink.net
Tomas Eduardo Margain    margainlaw@hotmail.com, ac.jdblaw@earthlink.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**