**United States District Court**
For the Northern District of California

| | |
|---|---|
| 1 | |
| 2 | |
...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ANGEL MORALES DONJUAN, | NO. 5:09-cv-03205 EJD (HRL) |
| Plaintiff(s), | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| SOFIE CORPORATION, et. al., | [Docket Item No. 39] |
| Defendant(s). | |

No objections having been received within the time allowed by Federal Rule of Civil Procedure 72(b), the court hereby **ADOPTS** the Report and Recommendation issued by Magistrate Judge Howard R. Lloyd on June 16, 2011.

This Order terminates Docket Item Nos. 33 and 39.

The Clerk of the Court shall enter judgment in Plaintiff's favor, as described in the Report and Recommendation, and shall close this file.

Dated: July 5, 2011

EDWARD J. DAVILA
United States District Judge

**United States District Court**
For the Northern District of California

1. **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
2. James Dal Bon jdblaw@earthlink.net
3. Tomas Eduardo Margain margainlaw@hotmail.com

**Dated: July 5, 2011**             **Richard W. Wieking, Clerk**

**By:    /s/ EJD Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**