EJ-100

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
After recording return to:
John F. Bradley, Jr., Bar No. 166153
Attorney at Law
28 North First Street, Suite 400
San Jose, CA 95113-1210
TELEPHONE NO.: 408-998-2000
FAX NO. *(Optional)*: 408-998-2111
E-MAIL ADDRESS *(Optional)*: john@jfbatlaw.com
ATTORNEY FOR *(Name)*: Eric Angel Morales Donjuan

U.S. District Court, Northern District of California, San Jose Division
STREET ADDRESS: 280 South First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

PLAINTIFF: Eric Angel Morales Donjuan

DEFENDANT: Sofie Corporation, et al.

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
☐ FULL   ☒ PARTIAL   ☐ MATURED INSTALLMENT

CASE NUMBER:
5:09-CV-03205 EJD (HRL)

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. ☐ Full satisfaction
      (1) ☐ Judgment is satisfied in full.
      (2) ☐ The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. ☒ Partial satisfaction
      The amount received in partial satisfaction of the judgment is $76946
   c. ☐ Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date)*:

2. Full name and address of judgment creditor:*
Eric Angel Morales Donjua, c/o Dalbon, 95 South Market Street, #300, San Jose, CA 95113

3. Full name and address of assignee of record, if any:
n/a

4. Full name and address of judgment debtor being fully or partially released:*
see attachment

5. a. Judgment entered on *(date)*: 3/16/12
   b. ☐ Renewal entered on *(date)*:

6. ☐ An ☐ abstract of judgment ☐ certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded)*:
   COUNTY      DATE OF RECORDING      INSTRUMENT NUMBER

PLEASE SEE ATTACHED CALIFORNIA NOTARY ACKNOWLEDGEMENT

7. ☒ A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify)*: 12-7314488179

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: December 13, 2013

*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY*)*
John F. Bradley, Jr.

Page 1 of 1

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Code of Civil Procedure, §§ 724.060, 724.120, 724.250

American LegalNet, Inc.
www.FormsWorkflow.com

Attachment 4 to Acknowledgment of Satisfaction of Judgment
Donjuan v. Sofie Corporation, et al.
Case No. 5:09-CV-03205 EJD (HRL)

Sofie Corporation, dba Crazy Buffet
830 East El Camino Real
Sunnyvale, CA 94087

Heng Feng Lin, dba Crazy Buffet
3900 Northpoint Blvd.
Waukegan, IL 60085

United Buffet Corporation, dba Crazy Buffet
22901 Hawthorne Blvd.
Torrance, CA 90505

Steve X. Ni
22901 Hawthorne Blvd.
Torrance, CA 90505

///

1

# CALIFORNIA NOTARY ACKNOWLEDGEMENT

State of California

County of Santa Clara

On 13th December 2013 before me, A.K. Nigam, Notary Public personally appeared — John F. Bradley Jr — who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

A. K. NIGAM
Commission # 2008869
Notary Public - California
Santa Clara County
My Comm. Expires Mar 27, 2017

Witness my hand and official seal.

Signature _____ (Seal)

_____ OPTIONAL _____

This certificate is attached to the document detailed below.

Title or Type  Acknowledgment of Satisfaction of Judgment

Number of Pages  One    Date of Document  December 13, 2013

Other Signer(s)  None

U S District Court of Northern California, San Jose Division

PROOF OF SERVICE BY MAIL (1013a, 2015.5 C.C.P.)

I, the undersigned, certify and declare as follows:

I am over the age of eighteen (18) years and not a party to this action. My business address is 28 North First Street, Suite 400, San Jose, CA 95113, which is located in the county where the mailing described below took place. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 16, 2013 at my place of business at San Jose, CA, the within ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

Zhou Ni, Manager
United Buffet Corporation
dba Crazy Buffet
620 Iris Ave., Apt. #341
Sunnyvale, CA 94086

Sofie Corporation
dba Crazy Buffet
830 East El Camino Real
Sunnyvale, CA 94087

Heng Feng Lin
dba Crazy Buffet
830 East El Camino Real
Sunnyvale, CA 94087

Heng Feng Lin
dba Crazy Buffet
300 Bench Street, #1
Galena, IL 61036

///

///

1

Proof Of Service

United Buffet Corporation
dba Crazy Buffet
22901 Hawthorne Blvd.
Torrance, CA 90505

United Buffet Corporation
dba Crazy Buffet
830 East El Camino Real
Sunnyvale, CA 94087

Steve X. Ni
dba Crazy Buffet
22901 Hawthorne Blvd.
Torrance, CA 90505

James Dal Bon, Esq.
Dal Bon & Margain
28 North First Street, Suite 700
San Jose, CA 95113

and those envelopes were placed for collection and mailing on that date following ordinary business practices.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December _16_, 2013

                                              JOHN F. BRADLEY, JR.